704 A.2d 632

COMMONWEALTH of Pennsylvania, Respondent,

v.

Thomas W. HAWKINS, Jr., Petitioner.

No. 0118 Capital Appeal Docket.

Supreme Court of Pennsylvania.

Jan. 23, 1998.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of January, 1998, it is ordered that petitioner's emergency motion for a stay of execution pending the filing and resolution of a petition for a writ of certiorari is GRANTED. The execution shall be stayed pending action by the United States Supreme Court on the petition for certiorari from this Court's ruling in *Commonwealth v.*

232

*Hawkins,* 549 Pa. 352, 701 A.2d 492 (1997). The stay shall expire if petitioner fails to timely file a petition for writ of certiorari in the United States Supreme Court.